# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KRISTA NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02077 |
| | ) |
| ARAMARK UNIFORM & CAREER APPAREL, LLC | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by and through respective counsel, and pursuant to FRCP 41(a)(1) hereby jointly stipulate to the dismissal of the above action with prejudice, with each party to bear its own costs and fees.

**HOLMAN SCHIAVONE, LLC**

/s/Kirk D. Holman
Kirk D. Holman, KS Bar #19558
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
TEL: (816) 283-8738
FAX: (816) 283-8739
kholman@hslawllc.com

ATTORNEY FOR PLAINTIFF

**LATHROP GPM LLP**

/s/Elizabeth Duff Mendoza
Elizabeth Duff Mendoza (26727)
Rosalee M. McNamara (70006)
Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 64108-2610
(816) 292-2000
(816) 292-2001 fax
Rosalee.mcnamara@lathropgpm.com
Elizabeth.mendoza@lathropgpm.com

Ethel J. Johnson (*Pro Hac Vice*)
Thea Alli (*Pro Hac Vice*)
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
(713) 890-5000
(713) 890 5001 fax
ethel.johnson@morganlewis.com
thea.alli@morganlewis.com
ATTORNEYS FOR DEFENDANT